```
 1  KRAMER & ASSOCIATES
    A Professional Corporation
 2  Jeffrey S. Kramer, Esq., State Bar #94049
    Angela M. Rossi, Esq. State Bar #131581
 3  30401 W. Agoura Road, Suite 102
    Agoura Hills, CA   91301-2084
 4  Telephone: 818-879-1699
    Facsimile: 818-879-1673
 5
    Attorneys for Plaintiff,
 6  TRIMARK PICTURES, INC.
```

Priority ___
Send ___
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRIMARK PICTURES, INC. a California Corporation, | CASE NO. CV00-08443 ABC (CWx) |
| Plaintiff, | ~~HONORABLE CARLA M. WOEHRLE~~ |
| v. | **[~~PROPOSED~~] ORDER** |
| WESTERN INTERNATIONAL COMPANY, a Business Entity of unknown form; KENNETH HARTFORD, an Individual; KENNETH HARTFORD dba WESTERN INTERNATIONAL COMPANY, and DOES 1 through 100, Inclusive, | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN:

IT IS HEREBY ORDERED that the request sought in plaintiff TRIMARK PICTURES INC.'S Notice of Motion for Entry of Default Judgment is granted and that judgment is entered against defendants WESTERN INTERNATIONAL COMPANY, a business entity of unknown form, KENNETH HARTFORD, an Individual, KENNETH HARTFORD

✓ Docketed
✓ Copies / NTC Sent
✓ JS-5 / JS-6
___ JS-2 / JS-3
___ CLSD

[PROPOSED] ORDER
APR 03 2001

dba WESTERN INTERNATIONAL COMPANY, as follows:

As to the First Cause of Action for Copyright Infringement against all Defendants:

1. For an order requiring defendants to show cause, if they have any, why they should not be enjoined, as set forth below, during the pendency of this action;

2. For a temporary restraining order, preliminary injunction and a permanent injunction, all enjoining defendants, and each of them, and their agents, servants and employees, and all persons acting under, in concert with, or for them from:

    a. Infringing upon plaintiff TRIMARK's copyrights in any manner; and

    b. Attempting to sell or distribute [the television motion picture known as "Mazes and Monsters," starring Tom Hanks, Chris Makepeace, and Wendy Crewson (hereinafter referred to as the "Picture").

3. For an order, during the pendency of this action, that defendants:

    a. Provide a full accounting of all monies earned from the sale/distribution of the Picture; and

    b. Retain any fees paid to them by any customer of the infringing picture and place any such fees in an interest bearing escrow account pending final determination of this action at trial or further order of this Court.

4. For all of defendants' profits derived from their infringement of plaintiff's copyright, or statutory damages, depending on which plaintiff elects before trial;

5. For three times the amount of plaintiff's actual damages, caused by defendants' infringement of plaintiff's copyright;

6. For plaintiff's reasonable attorney's fees and expended in this action.

As to the Second Cause of Action for Declaratory Relief against KENNETH HARTFORD, WESTERN INTERNATIONAL and Does 1 through 100:

1. For general damages in an amount within the jurisdiction of the Superior Court to be determined according to proof;

2. Interest as allowed by law;

3. For declaration that plaintiff TRIMARK is the sole holder to the copyrighted interest in the movie "Mazes and Monsters";

4. For reasonable attorney's fees and expenses according to proof;

5. For costs of suit incurred herein; and

6. For such other and further relief as the court may deem just and proper.

As to the Third Cause of Action For Intentional Interference with Business/Economic/Contractual Relationship against KENNETH HARTFORD, WESTERN INTERNATIONAL and Does 1 through 100:

1. For general damages in an amount within the jurisdiction of the Superior Court to be determined according to proof;
2. For punitive and exemplary damages to be determined by the court according to proof;
3. For interest as allowed by law;
4. For reasonable attorney's fees and expenses according to proof;
5. For costs of suit incurred herein; and
6. For such other and further relief as the court may deem just and proper.

As to the Fourth Cause of Action for Negligent Interference with Business/Economic/Contractual Relationship against KENNETH HARTFORD, WESTERN INTERNATIONAL and Does 1 through 100:

1. For general damages in an amount within the jurisdiction of the Superior Court to be determined according to proof;
2. For punitive and exemplary damages to be determined by the court according to proof;
3. For interest as allowed by law;
4. For reasonable attorney's fees and expenses according to proof;
5. For costs of suit incurred herein; and
6. For such other and further relief as the court may deem just and proper.

As to the Fifth Cause of Action for Injunction against all defendants:

1. For an order requiring defendants to show cause, if any, they have why each of them should not be enjoined as set forth below, during the pendency of this action.

2. For a Temporary Restraining Order, a Preliminary Injunction and a Permanent Injunction, all enjoining defendants from advertising, distributing, marketing, selling, or offering for sale or distribution, or showing the Picture known as "Mazes and Monsters," starring Tom Hanks, Chris Makepeace, and Wendy Crewson;

3. For costs incurred; and

4. For all other and further relief as the Court may deem just and proper.

5. The amount of judgment is the sum of $10,627.39 as attorney's fees in this matter.

Dated: _March 30, 2001_

_____
JUDGE OF THE FEDERAL COURT

(C.C.P. Sections 1013(a) and 2015.5)

State of California     )
                        ) ss.
County of Los Angeles   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 30401 W. Agoura Road, Suite 102, Agoura Hills, California 91301-2084.

On March 28, 2001, I served the foregoing document described as **[PROPOSED] ORDER** on the interested parties in this action by placing the ☐ original ☒ a true copy thereof enclosed in sealed envelopes as stated on the attached Service List.

☒  **BY MAIL**  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Agoura Hills, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal collection date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

☐  **(BY HAND DELIVERY)**  I caused such envelope to be delivered by hand to the offices of the addressee.

☐  **(BY FACSIMILE)** I caused the foregoing document to be transmitted via facsimile transmission telephonically to the offices of the addressee at the facsimile number listed on the attached Service List. I also caused said document to be enclosed in a sealed envelope and sent to the addressee by mail, as stated above.

☐  **(BY FEDERAL EXPRESS)**  I caused such envelope to be delivered by the Federal Express delivery service to the offices of the addressee.

Executed on March 28, 2001 at Agoura Hills, California.

☐  **(State)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒  **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
Barbara L. Park

## TRIMARK v. WESTERN INTERNATIONAL
## UNITED STATES DISTRICT COURT
## CASE NO: 99-09100 RAP

### SERVICE LIST

| ATTORNEY(s) | PARTY(ies) |
|---|---|
| Kenneth Hartford<br>President<br>Cinevid, Inc.<br>9200 Sunset Blvd., Suite 1005<br>Los Angeles, CA 90069 | |
| Kenneth Hartford<br>c/o Cinevid, Inc.<br>76795 New York Avenue<br>Palm Desert, CA 92211 | |
| Kenneth Hartford<br>c/o Cinevid, Inc. aka Western International<br>5229 Balboa Blvd.<br>Encino, CA 91316<br>(818) 360-6366 | |
| Kenneth Hartford<br>c/o Lifetime Entertainment Company<br>8833 Sunset Blvd.<br>Los Angeles, CA 90069 | |
| Kenneth Hartford<br>15856 Valerio Street<br>Van Nuys, CA 91406 | |
| Kenneth Hartford<br>76795 New York Avenue<br>Palm Desert, CA 92211 | |